**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 07-cv-01737-LTB

JOSEPH WILLIAMS,

    Plaintiff,

v.

PATTY BEECROFT, M.D.,

    Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Joint Stipulated Motion for Dismissal With Prejudice (Doc 28 - filed March 19, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

    BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: March 20, 2008